UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-34422 |
| | ) | |
| ROBERT MICHAEL ATKINS and | ) | Chapter: 7 |
| FRANCINE ATKINS, | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**Order to Employ**

Upon the application of the Trustee for authority to employ JAMES KARAMANIS of BARNEY & KARAMANIS, LLP, as special counsel, due notice having been given and the Court having been fully advised in the premises,

IT THEREFORE IS HEREBY ORDERED that the Trustee is authorized to employ JAMES KARAMANIS, of BARNEY & KARAMANIS, LLP, as special counsel, upon a one-third (1/3) contingency fee basis and reimbursement of all costs and disbursements advanced, to represent the Trustee in connection with the case, and the Court to approve the compensation of the Trustee's attorney upon further order of the Court.

Enter:

Dated:  0 8 MAY 2015

United States Bankruptcy Judge

**Prepared by:**
John E. Gierum, Esq.
GIERUM & MANTAS
2700 S. River Rd., Suite 308
Des Plaines, IL 60018
847/318-9130
Attorney No. 0951803

Rev: 20120501_bko