UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
)
ROBERT MICHAEL ATKINS and ) Case No. 10-34422
FRANCINE ATKINS, )
) Judge A. Benjamin Goldgar
Debtors. )

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on April 29, 2016 at 1:00 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, or any judge sitting in his stead, in his usual courtroom, North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, IL 60073, and shall then and there present the Application by Trustee to Approve Settlement, and for Other Pertinent Relief, a copy of which is attached hereto and herewith served upon you.

/s/ John E. Gierum
JOHN E. GIERUM

John E. Gierum
GIERUM & MANTAS
2700 South River Road
Suite 308
Des Plaines, IL 60018
847/318-9130
Atty. No. 0951803

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing to be served on all persons set forth above through the Court's Electronic Notice for Registrants * or by placing copies of them in sealed envelopes properly addressed and depositing them in the United States Mail Chute at 2700 South River Road, Des Plaines, Illinois, at or on before the hour of 5:00 p.m. on April 7, 2016.

/s/ John E. Gierum
JOHN E. GIERUM

## SERVICE LIST

Office of the U.S. Trustee*
219 S. Dearborn St., Room 873
Chicago, IL 60604

Harley Davidson Credit Corp.
PO Box 829009
Dallas, TX 75382-9009

Recovery Management Systems Corp.
25 SE Second Avenue
Suite 1120
Miami, FL 33131-1605

American Coradius International, LLC
2420 Sweet Home Road
Amhurst, NY 14228-2243

Anthony Campanale & Assoc.
19 S. LaSalle St., Ste. 1500
Chicago, IL 60603-1413

Blitt and Gaines PC
661 Glenn Avenue
Wheeling, IL 60090-6017

Capital One, N.A.
c/o American Infosource
PO Box 54529
Oklahoma City, OK 73154-1529

Chase - BP
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

Citibank
PO Box 790034
St. Louis, MO 63179-0034

ComEd
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523-1559

Comcast
1500 Market Street
Philadelphia, PA 19102-2107

Credit Collection Services
Two Wells Avenue, Dept. 9133
Newton Center, MA 02459-3225

Credit Protection Associates, LLP
13355 Noel Road
Dallas, TX 75240-6837

Eula L. Anderson
9154 S. Paxton
Chicago, IL 60617-3857

GentleSpirit Behavioral Health, Inc.
36583 N. Streamwood Drive
Gurnee, IL 60031-1338

Harley Davidson Financial
PO Box 829009
Dallas, TX 75382-9009

Harris & Harris, Ltd.
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654-1421

HFC - USA
PO Box 3425
Buffalo, NY 14240-3425

Illinois Collection
PO Box 1010
Tinley Park, IL 60477-9110

Kimberly Zizic DDS & Assoc.
800 S. Milwaukee, Suite 103
Libertyville, IL 60048-3268

M. Levin & Company
5550 W. Touhy Ave., Ste. 300
Skokie, IL 60077-3254

Nelson, Watson & Assoc., LLC
80 Merrimack St.
Lower Level
Haverhill, MA 01830-5211

Northwestern Lake Forest Hospital
75 Remittance Dr., Ste. 6802
Chicago, IL 60675-6802

People's Gas
c/o Bankruptcy Dept.
130 E. Randolph Drive
Chicago, IL 60610-6207

Pinnacle Credit Service
PO Box 640
Hopkins, MN 55343-0640

PNC Mortgage
6 N. Main Street
Dayton, OH 45402-1908

Reed Law Assoc., PC
555 Skokie Blvd., Ste. 500
Northbrook, IL 60062-2845

SLC Conduit
99 Garnsey Road
Pittsford, NY 14534-4565

SLC Conduit I, LLC
99 Garnsey Road
Pittsford, NY 14534-4565

Wauconda Healthcare & Rehab Center, LLC
176 Thomas Court
Wauconda, IL 60084-2451

Chester S. Foster, Jr.*
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430-4314

Erick J. Bohlman*
Bohlman Law Offices, PC
780 McArdle Dr., Unit F
Crystal Lake, IL 60014-8155

Francine Atkins
36583 N. Streamwood Dr.
Gurnee, IL 60031-1338

Robert Michael Atkins
36583 N. Streamwood Dr.
Gurnee, IL 60031-1338

*via electronic service

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT MICHAEL ATKINS and | ) | Case No. 10-34422 |
| FRANCINE ATKINS, | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtors. | ) | |

APPLICATION TO APPROVE SETTLEMENT,
AND FOR OTHER PERTINENT RELIEF

**NOW COMES**, JOHN E. GIERUM, Trustee, by his attorneys, GIERUM & MANTAS, and requests that this Honorable Court grant him leave to settle controversy for the following reasons:

1. The Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code on July 31, 2010. Movant is the duly-appointed and acting Trustee therein.

2. That at the time of the filing of the said case, the Debtor, Francine Atkins, had a personal injury claim which arose from a surgery at Northwestern Lake Forest Hospital. James A. Karamanis was retained as special counsel on May 8, 2015.

3. The Trustee has investigated and reviewed the case with Special Counsel.

4. The defendant proposed a settlement by payment of the sum of $600,000.00 to settle the claim.

5. Due to the uncertainty in any litigation, the amount of the sum offered and the value of the claims in controversy, the Trustee believes that it is in the best interest of the estate and its creditors that the claims and controversy with Northwestern Lake Forest Hospital be settled by the acceptance of the offer which has been proposed.

6. This Court has jurisdiction over this matter and the proceeds will provide a surplus estate. Debtor, Francine Atkins, is in agreement with the settlement.

7. Trustee has provided 21 days notice to all interested persons and creditors.

**WHEREFORE,** JOHN E. GIERUM, Trustee prays that this Honorable Court grant him leave to settle his claim and controversy with Northwestern Lake Forest Hospital by acceptance of the offer, and for such other and further relief as is just.

/s/ John E. Gierum
John E. Gierum, Trustee

John E. Gierum
GIERUM & MANTAS
2700 South River Road
Suite 308
Des Plaines, IL 60018
847/318-9130
Atty. No. 0951803