UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-34422 |
| | ) | |
| ROBERT MICHAEL ATKINS and FRANCINE ATKINS, | ) ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## Order Approving Settlement

Upon the application JOHN E. GIERUM, Trustee, for leave to settle claim and controversy with Northwestern Lake Forest Hospital, the Court considered the application, supporting materials, and representations of counsel and was otherwise advised in the premises. The Court determined that due notice was given and that there has been an adequate hearing and finds that it is in the best interest of this estate that the said claim and controversy be settled as presented in the application, it is accordingly;

ORDERED, ADJUDGED and DECREED that the Trustee be, and is hereby, authorized to settle his claim and controversy with Northwestern Lake Forest Hospital, et al., Defendants in Case No. 13 L 851, Lake County, Illinois, by the acceptance of the sum of $600,000.00 and waiver of claim against the bankruptcy estate, and the Trustee is authorized to sign appropriate documents evidencing the settlement including a release.

Enter:

Dated: 2 9 APR 2016

United States Bankruptcy Judge

**Prepared by:**
John E. Gierum, Esq.
GIERUM & MANTAS
2700 S. River Rd., Suite 308
Des Plaines, IL 60018
847/318-9130
Attorney No. 0951803

Rev: 20120501_bko