UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 17 2016
JEFFREY P. ALLSTEADT, CLERK

In re: ATKINS, ROBERT MICHAEL )
ATKINS, FRANCINE )
)  Case No. 10-34422-ABG
)
Debtors )
)
)
)
)
)

## OBJECTION TO FEE APPLICATION IN TRUSTEE'S FINAL REPORT AND REQUEST FOR A HEARING

The Debtor, Francine Atkins, objects as follows:

1. The Trustee's Final Report states that Capital One Bank, (USA) N.A filed a claim for $3,759.63.
2. Schedule D of the Chapter Seven Voluntary Petition filed by Debtor's, Robert Michael Atkins and Francine Atkins indicates that this is a debt of the Husband, Robert Michael Atkins only and not a Joint Debt.
3. Debtor Robert Michael Atkins is not a party to the Settlement Funds and he was removed as plaintiff. The Settlement Funds were agreed to and paid to the Debtor, Francine Atkins only.
4. The claim by Capital One Bank should not be paid from the Settlement Funds if Capital One was not a creditor of the Debtor, Francine Atkins.
5. The claim by Capital One Bank should not be approved or paid by the Trustee, John E. Gierum using the Settlement Funds.

Wherefore, the Debtor, Francine Atkins prays that the claim filed by Capital One Bank (USA), NA should be denied and not paid using the Settlement Funds and any and all surplus returned to the Debtor, Francine Atkins.

_____
Francine Atkins

I, Francine Atkins, on oath state that I am one of the Debtor's in the above entitled action.

Francine Atkins
36583 N. Streamwood Drive
Gurnee, IL 60031
(847) 445-1139