IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ATKINS, ROBERT MICHAEL, | ) | Case No. 10-34422 |
| | ) | |
| | ) | Judge A. Benjamin Goldgar |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on September 12, 2016, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1. Notice of Amended Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before September 12, 2016.

/s/ *John E. Gierum*
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

## Service List
## Case No. 10-34422

Patrick S. Layng*
Office of the US Trustee, Region 11
210 S. Dearborn Street
Room 873
Chicago, IL 60604-2027

Chester H. Foster, Jr.*
Foster Legal Services, PLLC
3825 West 192nd Street
Homewood, IL 60430-4314

Erick J. Bohlman*
Bohlman Law Offices, PC
780 McArdle Drive
Unit F
Crystal Lake, IL 60014-8155

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Robert Michael Atkins
36583 North Streamwood Drive
Gurnee, IL 60031

*via ecf