**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ATKINS, ROBERT MICHAEL § Case No. 10-34422-ABG
      ATKINS, FRANCINE § 
  §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $252,225.00 *(without deducting any secured claims)* | Assets Exempt: $97,092.00 |
| Total Distribution to Claimants: $11,325.71 | Claims Discharged Without Payment: $3,759.63 |
| Total Expenses of Administration: $279,733.25 | |

    3) Total gross receipts of $ 600,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 308,941.04 (see **Exhibit 2**), yielded net receipts of $291,058.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $11,325.71 | $11,325.71 | $11,325.71 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 279,733.25 | 279,733.25 | 279,733.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,759.63 | 3,759.63 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $294,818.59 | $294,818.59 | $291,058.96 |

4) This case was originally filed under Chapter 7 on July 31, 2010. The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2017          By: /s/JOHN E. GIERUM
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice claim arising from 2009 | 1229-000 | 600,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$600,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Francine Atkins | | 8200-002 | 247,100.00 |
| Francine Atkins | | 8100-002 | 15,000.00 |
| Francine Atkins | First and Final Distribution | 8200-002 | 46,841.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$308,941.04** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| ADLIEN | Blue Cross Blue Shield of Illinois | 4220-000 | N/A | 2,321.30 | 2,321.30 | 2,321.30 |
| ADLIEN2 | Aetna Health Plans | 4220-000 | N/A | 9,004.41 | 9,004.41 | 9,004.41 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$11,325.71** | **$11,325.71** | **$11,325.71** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 17,848.95 | 17,848.95 | 17,848.95 |
| James A. Karamanis, Esq. | 3210-600 | N/A | 261,551.85 | 261,551.85 | 261,551.85 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2200-000 | N/A | 1.86 | 1.86 | 1.86 |
| Rabobank, N.A. | 2600-000 | N/A | 225.41 | 225.41 | 225.41 |
| Rabobank, N.A. | 2600-000 | N/A | 105.18 | 105.18 | 105.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $279,733.25 | $279,733.25 | $279,733.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,759.63 | 3,759.63 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,759.63 | $3,759.63 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-34422-ABG  
**Case Name:** ATKINS, ROBERT MICHAEL  
ATKINS, FRANCINE  
**Period Ending:** 01/23/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/31/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 06/30/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  36583 N Streamwood Drive Gurnee, IL 60031  Orig. Asset Memo: Imported from original petition Doc# 1 | 160,000.00 | 6,982.00 | | 0.00 | FA |
| 2  Checking account with Fifth Third Bank, Waukegan  Orig. Asset Memo: Imported from Amended Doc#: 9 | 100.00 | 0.00 | | 0.00 | FA |
| 3  Checking account with Citibank, Waukegan, IL  Orig. Asset Memo: Imported from Amended Doc#: 9 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Misc. household goods with debtors  Orig. Asset Memo: Imported from Amended Doc#: 9 | 1,800.00 | 0.00 | | 0.00 | FA |
| 5  Misc. books and CD's with debtors  Orig. Asset Memo: Imported from Amended Doc#: 9 | 300.00 | 0.00 | | 0.00 | FA |
| 6  Misc. clothes with debtors  Orig. Asset Memo: Imported from Amended Doc#: 9 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Misc. hobby and sports equipment with debtors  Orig. Asset Memo: Imported from Amended Doc#: 9 | 75.00 | 0.00 | | 0.00 | FA |
| 8  Term Life Ins.  Orig. Asset Memo: Imported from Amended Doc#: 9 | 0.00 | 0.00 | | 0.00 | FA |
| 9  401(k) with Fidelity Investments, Boston, MA  Orig. Asset Memo: Imported from Amended Doc#: 9 | 71,100.00 | 0.00 | | 0.00 | FA |
| 10  IRA with Valic, Houston,TX  Orig. Asset Memo: Imported from Amended Doc#: 9 | 600.00 | 0.00 | | 0.00 | FA |
| 11  Owner of Gentle Spirit Behavioral Health Inc.  Orig. Asset Memo: Imported from Amended Doc#: 9 | 0.00 | 0.00 | | 0.00 | FA |
| 12  Medical Malpractice claim arising from 2009  Orig. Asset Memo: Imported from Amended Doc#: 27 | Unknown | 0.00 | | 600,000.00 | FA |
| 13  2005 Harley-Davidson FLTRI Road Glide  Orig. Asset Memo: Imported from Amended Doc#: 9 | 10,300.00 | 0.00 | | 0.00 | FA |
| 14  1997 GMC Sierra with 180,000 miles  Orig. Asset Memo: Imported from Amended Doc#: 9 | 2,000.00 | 0.00 | | 0.00 | FA |
| 15  2004 Toyota Camry with approximately 91,638 mile  Orig. Asset Memo: Imported from Amended Doc#: 9 | 5,750.00 | 950.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-34422-ABG  
**Case Name:** ATKINS, ROBERT MICHAEL  
ATKINS, FRANCINE  
**Period Ending:** 01/23/17

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/31/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 06/30/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 15    Assets    **Totals** (Excluding unknown values) | **$252,225.00** | **$7,932.00** | | **$600,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Mediation on PI case to be held in Feb 2016.

2015 reopened case, retained special counsel to prosecute Medical Malpractice case.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    July 27, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-34422-ABG  
**Case Name:** ATKINS, ROBERT MICHAEL  
ATKINS, FRANCINE  
**Taxpayer ID #:** **-***2858  
**Period Ending:** 01/23/17  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/16 | {12} | Northwestern Lake Forest Hospital | SETTLEMENT of Medical Malpractice Claim | 1229-000 | 600,000.00 | | 600,000.00 |
| 05/05/16 | 101 | Francine Atkins | | 8200-002 | | 247,100.00 | 352,900.00 |
| 05/05/16 | 102 | Francine Atkins | | 8100-002 | | 15,000.00 | 337,900.00 |
| 05/05/16 | 103 | James A. Karamanis, Esq. | | 3210-600 | | 261,551.85 | 76,348.15 |
| 05/05/16 | 104 | Blue Cross Blue Shield of Illinois | | 4220-000 | | 2,321.30 | 74,026.85 |
| 05/05/16 | 105 | Aetna Health Plans | | 4220-000 | | 9,004.41 | 65,022.44 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.41 | 64,797.03 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.18 | 64,691.85 |
| 10/31/16 | 106 | Francine Atkins | First and Final Distribution | 8200-002 | | 46,841.04 | 17,850.81 |
| 10/31/16 | 107 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 17,850.81 | 0.00 |
| | | | Dividend paid 100.00% 17,848.95 on $17,848.95; Claim# TEE; Filed: $17,848.95 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1.86 on $1.86; Claim# TEEEXP; Filed: $1.86 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 600,000.00 | 600,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 600,000.00 | 600,000.00 | |
| Less: Payments to Debtors | | | 308,941.04 | |
| **NET Receipts / Disbursements** | | **$600,000.00** | **$291,058.96** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2166** | 600,000.00 | 291,058.96 | 0.00 |
| | **$600,000.00** | **$291,058.96** | **$0.00** |

{} Asset reference(s)

Printed: 01/23/2017 02:20 PM V.13.28